FILED

SEP - 9 2009

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 09CR3314-JAH |
| Plaintiff, | ) | |
| v. | ) | I N F O R M A T I O N |
| ROBERT P. DIAZ, | ) | Title 18, U.S.C., Sec. 1001 (Felony) |
| Defendant. | ) | |

The United States Attorney charges:

On or about October 26, 2006, within the Southern District of California, defendant ROBERT P. DIAZ, in a matter within the jurisdiction of the United States Department of Health and Human Services, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that he did represent and state to Special Agent Amy Sutter that he did not have documents relating to a Medicare fraud investigation, whereas in truth and fact, as defendant then and there well knew that statement and representation was false, fictitious and fraudulent when made; in violation of Title 18, United States Code, Section 1001.

DATED: _September 9, 2009_.

KAREN P. HEWITT
United States Attorney

ANNALOU TIROL
Assistant U.S. Attorney